MARY J. SMALLWOOD et al., Appellants, *v.* OVERSEAS STORAGE COMPANY, INC., Defendants, and EQUALSHARES, INC., et al., Defendants-Respondents.

Argued December 8, 1942; decided January 14, 1943.

830

Kenneth M. Spence, Stewart W. Bowers and Soia Mentschikoff for appellants.

Adolph Feldblum for Equalshares, Inc., et al., respondents.

John H. Munley and George J. Meade for Cyril J. Brown, respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part; LEHMAN, Ch. J.